UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| MICHAEL MCMAHON,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC., dba META, formerly known as FACEBOOK, INC.,<br><br>Defendant. | Case No. 2:23-cv-00171<br><br>STIPULATION AND ORDER REGARDING BRIEFING AND SCHEDULE ON DEFENDANT'S MOTION TO COMPEL ARBITRATION AND MOTION TO DISMISS |

Plaintiff Michael McMahon and Defendant Meta Platforms, Inc., by and through their counsel, stipulate as follows:

1. Plaintiff filed his complaint on January 6, 2023 in the Superior Court of the State of Washington for King County. Defendant's counsel accepted service email on the same day.

2. Defendant removed the case to this Court on February 3, 2023, based on diversity jurisdiction. Plaintiff did not consent to removal and reserves the right to move to remand the case to the Superior Court of the State of Washington for King County.

3. Under Federal Rule of Civil Procedure 81(c)(2), Meta's deadline to respond to the Complaint in this Court is February 10, 2023, absent an extension of time. Meta has indicated its intention to move to compel arbitration of Plaintiff's claims and has requested additional time to investigate Plaintiff's claims and prepare its Motion to Compel Arbitration. Plaintiff is

amenable to Meta's request for an extension and further wishes to agree on an orderly schedule for disposition of Meta's Motion to Compel Arbitration.

4. Additionally, Meta asserts that the Complaint is subject to dismissal under Federal Rule of Civil Procedure 12(b) on the basis that, *inter alia*, Plaintiff fails to state a claim for relief, and Plaintiff disputes that assertion. Meta will, if necessary, file a Motion to Dismiss regarding such dispute.

5. The parties believe that, in the event this case remains in this Court, it would be most efficient for the parties and the Court to first resolve Meta's Motion to Compel Arbitration before addressing Meta's arguments under Federal Rule of Civil Procedure 12(b).

6. The parties have met and conferred concerning the timing and briefing schedule on Meta's motion to compel arbitration and have agreed to the following schedule, subject to the Court's approval:

**Defendant's Motion to Compel Arbitration**:

| | |
|---|---|
| Motion Due: | March 3, 2023 |
| Opposition Due: | March 31, 2023 |
| Reply Due: | April 21, 2023 |

If the Court enters an Order denying Defendant's Motion to Compel Arbitration,

**Defendant's Motion to Dismiss**:

| | |
|---|---|
| Motion Due: | Twenty-eight (28) days after the Court's order |
| Opposition Due: | Twenty-eight (28) days after the Motion due date |
| Reply Due: | Twenty-one (21) days after the Opposition due date |

7. In stipulating to this briefing schedule, Plaintiff does not waive any defenses or objections against Meta's Motion to Compel Arbitration, Motion to Dismiss, or any other dispositive motions. Plaintiff further preserves the right to assert any and all motions, defenses, and objections available against Meta.

IT IS SO STIPULATED.

STIPULATION AND ORDER REGARDING
BRIEFING AND SCHEDULE FOR         - 2 -
DEFENDANT'S MOTIONS

ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, Washington  98101-2668
+1 206 839 4300

1  Dated: February 9, 2023              ORRICK, HERRINGTON & SUTCLIFFE LLP

By:    s/Aravind Swaminathan
    Aravind Swaminathan (WSBA No. 33883)
    aswaminathan@orrick.com
    401 Union Street
    Suite 3300
    Seattle, WA  98101-2668
    Telephone: +1 206 839 4300
    Facsimile: +1 206 839 4301

    Michelle Visser (*pro hac vice* forthcoming)
    mvisser@orrick.com
    The Orrick Building
    405 Howard Street
    San Francisco, CA  94105-2669
    Telephone: +1 415 773 5700
    Facsimile: +1 415 773 5759

Attorneys for Defendant

# ORDER

IT IS SO ORDERED

The parties shall adhere to the filing and briefing schedule set forth in their Stipulation.

Dated this 10th day of February, 2023.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

STIPULATION AND ORDER REGARDING
BRIEFING AND SCHEDULE FOR
DEFENDANT'S MOTIONS

ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, Washington 98101-2668
+1 206 839 4300