UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| MICHAEL MCMAHON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>META PLATFORMS, INC., dba META, formerly known as FACEBOOK, INC.,<br><br>　　　　　Defendant. | Case No. 2:23-cv-00171-RSL<br><br>**ORDER GRANTING<br>DEFENDANT'S MOTION TO SEAL** |

The Court, having received and reviewed Meta Platforms, Inc. ("Meta")'s Motion to Seal (the "Motion"), any Response to the Motion, any Reply supporting the motion, and all materials sought to be sealed,

HEREBY FINDS, CONCLUDES, and ORDERS that:

Meta has shown compelling reasons to seal the two Facebook Gaming Creator Program agreements (the "Agreements") attached as Exhibits G and H to the Declaration of Jennifer Pricer in support of Meta's Motion to Compel Arbitration. These materials contain confidential business information that, if made public, could harm Meta's competitive standing by providing Meta's competitors and potential future business partners with information about the terms to which Meta agreed in the Agreements.

No means other than the sealing proposed by Meta will protect the confidential

ORDER GRANTING
DEFENDANT'S MOTION TO SEAL

ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, Washington 98101-2668
+1 206 839 4300

business information in the Agreements, the protection of which outweighs the public right of access to court records.

Meta's Motion to Seal is therefore **GRANTED**. Exhibits G and H to the Declaration of Jennifer Pricer in support of Meta's Motion to Compel Arbitration (Dkt. # 18) shall be maintained under seal.

Dated this 22nd day of June, 2023.

*[signature]*

Robert S. Lasnik
United States District Judge

*Presented by:*

ORRICK, HERRINGTON
& SUTCLIFFE LLP

By: *s/ Aravind Swaminathan*
ARAVIND SWAMINATHAN
WSBA No. 33883
aswaminathan@orrick.com
401 Union Street
Suite 3300
Seattle, WA 98101-2668
Telephone: +1 206 839 4300
Facsimile: +1 206 839 4301

MICHELLE VISSER (pro hac vice)
mvisser@orrick.com
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1 415 773 5700
Facsimile: +1 415 773 5759

*Attorneys for Defendant Meta Platforms, Inc.*

ORDER GRANTING
DEFENDANT'S MOTION TO SEAL
2:23-CV-00171-RSL

- 2 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, Washington 98101-2668
+1 206 839 4300